## PAYNE v. STATE OF INDIANA.

[No. 13,625. Filed April 3, 1929.]

*James H. Meyer* and *Posey T. Kime,* for appellant.
*Arthur L. Gilliom,* Attorney-General, and *Bernard A. Keltner,* Deputy Attorney-General, for the State.

LOCKYEAR, J.—This was a prosecution by the State of Indiana against appellant upon affidavit charging the unlawful possession of a still or distilling apparatus for the unlawful manufacture of liquor.

The appellant was not represented by an attorney,

was tried by the court, and found guilty of possession of a still as charged in the affidavit, fined $100 and committed to the Indiana Woman's Prison from one to five years.

The appellant filed a motion for a new trial alleging: (1) That the finding of the court is contrary to law; (2) that the finding of the court is not sustained by sufficient evidence. The court overruled the motion for a new trial.

There is ample evidence in the record to support the court's finding and judgment.

Judgment affirmed.